UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael David Roberts,            Civil 13-1340 PJS/FLN

    Plaintiff,

v.                                O R D E R

The State of Minnesota,
Helen Brosnahan, and
Tricia Loehr,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 11, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [ECF No. 2] is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii).


DATED: 06/27, 2013.           s/Patrick J. Schiltz
at Minneapolis, Minnesota      JUDGE PATRICK J. SCHILTZ
                                       United States District Court